The Honorable James L. Robart

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIFEGOALS CORP., a Kentucky corporation,<br><br>          Plaintiff,<br><br>v.<br><br>ADVANCED HAIR RESTORATION LLC, a Washington limited liability company,<br><br>          Defendant. | NO. 2:16-cv-01733-JLR<br><br>STIPULATED ORDER FOR PRELIMINARY INJUNCTION<br><br>NOTE ON MOTION CALENDAR:<br>APRIL 3, 2017 |
| ADVANCED HAIR RESTORATION LLC, a Washington limited liability company,<br><br>          Third-Party Plaintiff,<br><br>v.<br><br>JERRY DAVIS, individually and his marital community,<br><br>          Third-Party Defendant. | |

This matter comes before the Court on the stipulated motion for preliminary injunction ("Motion") by the above-captioned parties. The Court having considered the pleadings on file here, including the Motion, hereby GRANTS the Motion.

//

//

STIPULATED ORDER FOR
PRELIMINARY INJUNCTION
- 1
(2:16-CV-01733-JLR)
{17593/006.006/01350498-4}

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

1  Therefore, pursuant to STIPULATION, it is hereby ORDERED:

2  Except as is reasonably necessary for purposes of this litigation and in the
3  manner described in the Protective Order contained in Dkt. No. 27, Jerry Davis and
4  LifeGoals Corporation, a Kentucky corporation, are during the pendency of this action
5  enjoined from using or disclosing any information removed from AHR or originating
6  from AHR, including without limitation: AHR's customer lists; AHR's sales leads;
7  AHR's business contracts; AHR's client-related information; photographs of AHR's
8  patients, business offices, and operating rooms; AHR's marketing efforts; AHR's
9  patient files; AHR's pricing information; AHR's business contracts; AHR's legal forms;
10 and AHR's internal pricing figures and data.

12  DONE IN OPEN COURT this 5th day of April, 2017.

                                            _____
14                                          Judge James Robart

15  Presented by:

16  Stipulated and dated this 3rd day of April, 2017.

17                          MONTGOMERY PURDUE BLANKINSHIP
                            & AUSTIN PLLC
18

20  By: s/ Jay Corker Free
        Benjamin I. VandenBerghe, WSBA #35477
21      Jay Corker Free, WSBA #51393
        701 Fifth Ave., Suite 5500
22      Seattle, WA 98104
        Phone: 206-682-7090
        Fax: 206-625-9534
23      Email: biv@mpba.com
        Email: jfree@mpba.com
24      *Attorneys for Defendant and Third-Party*
        *Plaintiff Advanced Hair Restoration*

---

STIPULATED ORDER FOR
PRELIMINARY INJUNCTION
- 2
(2:16-CV-01733-JLR)
{17593/006.006/01350498-4}

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

Stipulated and dated this 3rd day of April, 2017.

        STEINACKER LAW PLLC

        By: s/ Kevin T. Steinacker
        Kevin T. Steinacker, WSBA #35475
        Steinacker Law PLLC
        615 E. Pioneer #212
        Puyallup, WA 98372
        Phone: 253-252-3558
        Fax: 253-292-5171
        Email: kevin@steinackerlaw.com
        *Attorney for Plaintiff LifeGoals and Third-Party Defendant Jerry Davis*

Stipulated and dated this 3rd day of April, 2017.

        KEARNEY LAW

        By: s/ Mark Edward Kearney
        Mark Edward Kearney
        3405 Tishoff Court
        Lexington, Kentucky 40502
        Phone: 859-396-7743
        Email: markkearneylaw@gmail.com
        *Attorney for Plaintiff LifeGoals and Third-Party Defendant Jerry Davis*

STIPULATED ORDER FOR
PRELIMINARY INJUNCTION
- 3
(2:16-CV-01733-JLR)
{17593/006.006/01350498-4}

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX