The Honorable James L. Robart

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LIFEGOALS CORP., a Kentucky corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ADVANCED HAIR RESTORATION LLC, a Washington limited liability company,<br><br>　　　　　　Defendant. | NO. 2:16-cv-01733-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: January 2, 2018<br><br>(CLERK'S ACTION REQUIRED) |
| ADVANCED HAIR RESTORATION LLC, a Washington limited liability company,<br><br>　　　　　　Third-Party Plaintiff,<br><br>v.<br><br>JERRY DAVIS, individually and his marital community,<br><br>　　　　　　Third-Party Defendant. | |

The above-captioned parties, by and through the below signatures of their attorneys of record, hereby stipulate that all claims, counterclaims, and third-party claims in the above-captioned proceeding have been resolved by settlement and that this action should be dismissed with prejudice at this time as provided for in Fed. R. Civ. P. 41(a)(1)(A)(ii), without an award of fees and costs. As part of this

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
(2:16-cv-01733-JLR)
{17593/006.006/01552909-1}

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

settlement and Rule 41 dismissal, Advanced Hair Restoration LLC ("AHR") withdraws its request that third-party defendant Jerry Davis and plaintiff LifeGoals Corp, a Kentucky corporation (collectively, "LifeGoals"), be required to pay AHR's reasonable expenses, including attorney fees, associated with AHR's motion to compel (Dkt. No. 49). Accordingly, LifeGoals is hereby released from any obligation to pay AHR's reasonable expenses, including attorney fees, as had been required by this Court's order under Dkt. No. 48.

**IT IS SO ORDERED.**

Dated this 3rd day of January, 2018.

_____
Judge James Robart

Stipulated by:

MONTGOMERY PURDUE BLANKINSHIP
& AUSTIN PLLC

By: _s/ Jay Corker Free_
Benjamin I. VandenBerghe, WSBA #35477
Jay Corker Free, WSBA #51393
701 Fifth Ave., Suite 5500
Seattle, WA 98104
Phone: 206-682-7090
Fax: 206-625-9534
Email: biv@mpba.com
Email: jfree@mpba.com
*Attorneys for Defendant AHR*

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
(2:16-CV-01733-JLR)
{17593/006.006/01552909-1}

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

STEINACKER LAW PLLC

By: *s/ Kevin T. Steinacker*
Kevin T. Steinacker, WSBA #35475
615 E. Pioneer #212
Puyallup, WA 98372
Phone: 253-252-3558
Fax: 253-292-5171
Email: kevin@steinackerlaw.com
Attorney for Plaintiff LifeGoals and Third-Party Defendant Jerry Davis

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3
(2:16-CV-01733-JLR)
{17593/006.006/01552909-1}

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX